UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ALAN DAVID FRICKER,

    Plaintiff,

v.                                     Case No: 6:20-cv-1902-GKS-GJK

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

# ORDER

THIS CAUSE concerns Plaintiff Alan David Fricker's appeal[1] from a final decision[2] of the Defendant, Commissioner of Social Security (Commissioner), denying his claim for Disability Insurance Benefits.[3] Plaintiff and Defendant filed an Amended Joint Memorandum in support of their differing positions (Doc. 39). The Court referred the matter to the United States Magistrate Judge for a report and recommendation (Report and Recommendation).

On January 18, 2022, the United States Magistrate Judge issued a Report and

---

[1] Complaint filed October 15, 2020. (Doc. 1).

[2] Decision, April 7, 2020. (Doc. 22-2). Subsequently, on August 17, 2020, the Appeals Council denied Plaintiff's request for a review of the ALJ's decision.

[3] The Commissioner filed a certified copy of the record before the Social Security Administration. (*See* Doc. 22.)

Recommendation (Doc. 40), recommending that the Administrative Law Judge's (ALJ) decision be reversed and remanded based upon the ALJ's "material misstatement in support of his decision." (Doc. 40:1, 5, 6, 7). No objections to the Report and Recommendation were filed.

After review and consideration of the Report and Recommendation, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. United States Magistrate Judge David A. Baker's Report and Recommendation (Doc. 40) is **APPROVED** and **ADOPTED** and is made part of this Order for all purposes, including appellate review.

2. The Commissioner's final decision in this case is **REVERSED** and **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g).

3. The Clerk of Court is directed to **ENTER JUDGMENT** in favor of Plaintiff Alan David Fricker, and against Defendant, Commissioner of Social Security, and **CLOSE** the case.

**DONE AND ORDERED** at Orlando, Florida, this 14 day of March [~~February~~], 2022.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record
Unrepresented Parties